UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRANDON CHONG,<br><br>               Plaintiff,<br><br>       v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>               Defendant. | No. 2:25-cv-01110-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 17), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $1,760.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: September 5, 2025____

_____
JOHN D. EARLY
United States Magistrate Judge